UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GENTRY FRISKE-BREMER
and BRADLEY ALAN BREMER,

          Plaintiffs,

  v.

JACK WALSH, et. al.

          Defendants.
_____/

17-CV-12396
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

## OPINION AND ORDER DENYING THE MOTION FOR THE CLERK OF THE COURT TO PROVIDE THE PLAINTIFFS WITH A COPY OF A MOTION (Doc. 12)

The Court has before it the plaintiffs' joint *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff William Gentry Friske-Bremer is an inmate currently confined at the Lenawee County Jail in Adrian, Michigan. Plaintiff Bradley Alan Bremer is an inmate confined at the Gus Harrison Correctional Facility in Adrian, Michigan. On August 9, 2017, Magistrate Judge R. Steven Whalen signed an order directing plaintiffs to provide three additional copies of the complaint in order to effect proper service upon the defendants. Plaintiffs were given thirty days to respond to the order. To date, the order has been not been complied with.

-1-

On September 18, 2017, this Court granted plaintiffs' motion to add defendants, denied their request for the Court to make copies of the complaint in order to cure the deficiency, but granted plaintiffs an additional 30 days to cure the deficiency.

Plaintiffs have filed a motion to have the Clerks' office provide them with a copy of their motion because they sent their only copy to the Court. Plaintiffs, however, failed to specify which motion that they seek to have provided to them.

Accordingly, the Court will deny the current motion [Dkt. # 12] without prejudice to the plaintiffs' renewing their request by specifying which motion or motions they seek copies of.

Dated: September 29, 2017

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 29, 2017, by electronic and/or ordinary mail and also on Bradley Alan Bremer #588898, Harrison (MSP) Gus Harrison Correctional Facility, 2727 E Beecher St. Adrian, MI 49221, and William Gentry Friske-Bremer #236923, Charles Egeler Reception and Guidance Center Annex, 3855 Cooper Street, Jackson, MI 49201.

s/Marcia Beauchemin
Deputy Clerk