UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GENTRY FRISKE-BREMER
BRADLEY ALAN BREMER,

            17-CV-12396
    Plaintiffs,    HON. GEORGE CARAM STEEH
 v.

JACK WALSH, et. al.

    Defendants.
_____/

# OPINION AND ORDER DENYING THE RENEWED MOTION FOR THE CLERK OF THE COURT TO PROVIDE THE PLAINTIFFS WITH A COPY OF MOTIONS (Dkt. 21) AND DENYING THE RENEWED MOTION FOR THE COURT TO PROVIDE COPIES OF THE COMPLAINT (Dkt. 22)

Plaintiff William Gentry Friske-Bremer has filed renewed motions for the Court to provide the plaintiffs with a copy of their motions and a renewed motion for the Court to make copies of the complaint. For the reasons that follow, the motions are DENIED.

Magistrate Judge R. Steven Whalen signed an order directing plaintiffs to provide three additional copies of the complaint in order to effect proper service upon the defendants.

On September 18, 2017, this Court granted plaintiffs' motion to add defendants, denied their request for the Court to make copies of the

-1-

complaint in order to cure the deficiency, but granted plaintiffs an additional 30 days to cure the deficiency.

Plaintiffs subsequently filed a motion to have the Clerk's office provide them with a copy of their motion because they sent their only copy to the Court. On September 29, 2017, the Court denied the motion because the plaintiffs failed to specify the motion that they sought to have provided to them. The motion was denied without prejudice to the plaintiffs' renewing their request by specifying which motion or motions they seek copies of.

On November 30, 2017, the Court denied plaintiffs' renewed motion to have the clerk provide them with copies of the motion, denied the motion for the appointment of counsel, and dismissed the complaint because plaintiffs failed to cure the filing deficiency by providing the requisite copies of the complaint for service upon the defendants.

Plaintiff William Friske-Bremer has once again filed renewed motions for the Clerk of the Court to provide him and his co-plaintiff with copies of the motions and a copy of the complaint.

Plaintiff Friske-Bremer has once again requested to have the Clerk's office provide them with a copy of motions #1 and #2, but has still not

specified which pleadings he is referring to. Plaintiffs filed a complaint and several motions in this case, so it is still unclear which motions that they seek to have copied. The Court thus again denies the request to have the Clerk of the Court provide the plaintiffs with copies of unspecified pleadings.

Plaintiff Friske-Bremer renewed his motion for the Clerk of the Court to provide him with copies of the complaint.

Under Fed.R.Civ.P. 4(c)(1), it is the plaintiff's responsibility to furnish a sufficient number of copies for service. Although Plaintiff Friske-Bremer is incarcerated at the Lenawee County Jail, co-plaintiff Bradley Alan Bremer is incarcerated at the Gus Harrison Correctional Facility, which is part of the Michigan Department of Corrections (M.D.O.C.). The M.D.O.C. has a policy regarding the copying of court pleadings, whereby an inmate's prison account is debited for the cost. *See Later v. Pramstaller,* No. 2009 WL 482701, * 1 (E.D. Mich. Feb. 25, 2009). Neither Plaintiff Bradley Bremer nor Friske-Bremer has alleged that Bradley Bremer requested the prison where Bremer is incarcerated to copy his pleadings, pursuant to that M.D.O.C. policy. *Id.* Accordingly, the motion for copies of the complaint is denied.

IT IS HEREBY ORDERED that motions to request a copy of #1 and #2 and for copies of the complaint [Dkt. #21, #22] are DENIED.

Dated: June 14, 2018

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 14, 2018, by electronic and/or ordinary mail and also on Bradley Alan Bremer, #588898, Harrison (MSP), Gus Harrison Correctional Facility, 2727 E Beecher St., Adrian, MI 49221
and
William Gentry Friske-Bremer #236923, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811

s/Barbara Radke
Deputy Clerk